**DISMISS and Opinion Filed January 28, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00853-CV**

## IN THE INTEREST OF S.L.M., A.L.M., AND H.P.M., CHILDREN

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-54002-2014**

# MEMORANDUM OPINION
Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Bridges

Stating he no longer wishes to pursue this appeal, appellant has filed a motion to dismiss.

*See* TEX. R. APP. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.  *See id.*


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190853F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF S.L.M., A.L.M., AND H.P.M., CHILDREN

No. 05-19-00853-CV

On Appeal from the 417th Judicial District Court, Collin County, Texas
Trial Court Cause No. 417-54002-2014.
Opinion delivered by Justice Bridges, Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Kelly Marx recover her costs, if any, of this appeal from appellant Timothy Marx.

Judgment entered January 28, 2020.